JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RCF DEVELOPMENT, INC., a California Corporation; RIDGEWOOD., PROPERTIES, LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE, an Arkansas Corporation; KINSALE CAPITAL GROUP, a Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No.  2:23-cv-07484-JLS-JC<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Having considered the parties' Joint Stipulation to Dismiss with Prejudice ("the Stipulation"), and GOOD CAUSE APPEARING THEREFOR, the Complaint and each and every claim for relief stated therein are hereby

/ / /

/ / /

/ / /

dismissed WITH PREJUDICE.  Each of the parties is to bear its own attorney's fees and costs with regard to the within action.

**IT IS SO ORDERED**

DATED:  September 26, 2023

### JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
United States District Judge